IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROXANNE BASILIO,

        Plaintiff,

vs.

TDR SERVICING, LLC, a limited liability corporation; INDYMAC, a corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., a corporation; and DOES 1 through 100, inclusive,

        Defendants.

No. CIV S-09-3527 MCE EFB PS

<u>ORDER</u>

    In light of plaintiff's April 19, 2010 notice of voluntary dismissal, Dckt. No. 12, the April 20, 2010 order to show cause, Dckt. No. 13, is discharged. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(I), the Clerk of Court is directed to close this case.

    SO ORDERED.

DATED: April 21, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE